UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

MARISOL DEFREITAS,

        Plaintiff,

vs.                                                               Civil Action No.:
                                                               1:20-CV-05386-SLC

ANDREW M. SAUL,
COMMISSIONER OF SOCIAL SECURITY,

        Defendant.
-----------------------------------------------------------X

## **ORDER**

      AND, NOW, this 3rd day of March, 2021, upon consideration of

Plaintiff's Motion for an extension of time to file his motion for judgment on the pleadings,

      IT IS HEREBY ORDERED that Plaintiff's Motion is GRANTED.  Plaintiff's motion is

due April 12, 2021.  All subsequent deadlines are also extended by thirty (30) days.

      The Clerk of Court is respectfully directed to close ECF No. 15.


Entered: March 3, 2021
        New York, New York

                                                                                      _____
                                                                                       SARAH L. CAVE
                                                                                      United States Magistrate Judge